**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MICHAEL WAYNE THOMAS, JR.,                                              PLAINTIFF
ADC #611338

v.                                   No. 2:05CV00228 JLH/HDY

MRS. PITTMAN                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to obtain service. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE